IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD TUCKER, | 1:12-cv-00578-LJO-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   vs. | (Doc. 10.) |
| DONNA TARTER, et al., | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, WITHOUT PREJUDICE |
|     Defendants. | (Doc. 9.) |

Jerald Tucker ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief, filed on June 28, 2012, be denied without prejudice. On July 30, 2012, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 29, 2012, are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on June 28, 2012, is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   August 18, 2012**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE